## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ALAN J. ROERS, | Miscellaneous No. 17-4864 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| COUNTRYWIDE HOME LOANS, INC., et al, | |
| Defendants. | |

_____

Alan J. Roers, P.O. Box 189, Maple Plain, MN 55359, *pro se* plaintiff.

Adam Gregory Chandler, Mark Schroeder, **BRIGGS AND MORGAN, P.A.,** 80 South 8th Street, Suite 2200, Minneapolis, MN 55402, for defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 21, 2018 (Docket No. 52), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (ECF No. 7) is **GRANTED.**

2. Defendant's Motion to Dismiss (ECF No. 8) is **GRANTED.**

3. Defendant's Motion to Dismiss (ECF No. 9) is **GRANTED.**

4. Plaintiff's Notice of Motion and Motion for Default Judgment (ECF No. 25) is **DENIED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 21, 2018    s/John R. Tunheim
at Minneapolis, Minnesota    JOHN R. TUNHEIM
Chief Judge
United States District Court